# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FALILOU BAH,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>JAMAL L. JAMISON, et al.,<br>　　　　　Respondents. | :<br>:<br>:<br>: Civil No.: 2:25-cv-06991<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 11th day of February, 2026, upon consideration of the Court's January 8, 2026 Order (ECF No. 4), and the Court finding no motion pending, **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge